# Cheryl H. Carter, RPR, LCR, CCR

144 Second Ave. North, Ste. 230
Nashville, TN 37201
(615) 244-3376

# Invoice

Number: **CC-3735**

Date: **February 18, 2014**

**Bill To:**

```
Paul J. Krog, Esquire
Leader, Bulso & Nolan
414 Union Street
Suite 1740
Nashville, TN 37219
```

```
Additional Clietn Contact Info:
Email: pkrog@leaderbulso.com
Phone: 615-780-4110
Fax: 615-780-4101
```

| REPORTER TAX ID # | PLAINTIFF(S) | DEFENDANT(S) | CASE # |
|---|---|---|---|
| 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 | MARKETGRAPHICS | BERGE | 3:13-ap-90400 |

| Date | Description | Amount |
|---|---|---|
| 2/13/14 | Appearance for the deposition of David Peter Berge | 190.00 |
| | **Total** | **$190.00** |

**Thank you for your business!**

ONLINE SCHEDULING NOW AVAILABLE AT
www.ACR-NASHVILLE.COM

**PLEASE MAKE CHECK PAYABLE TO CHERYL H. CARTER, RPR, LCR, CCR**

**Ascii and PDF files, keyword index, and condensed version delivered free of charge with any transcript ordered, original or copy.**